## 22361. ATKINSON v. FITZGERALD.

STEPHENS, J. 1. There being no statutory provision for contesting the levy of executions for State and county taxes, issued by the tax-collector of a county, the levy of such an execution can not be arrested by affidavit of illegality. *Cook* v. *Colquitt*, 29 *Ga. App.* 494 (116 S. E. 37); *Manning* v. *Phillips*, 65 *Ga.* 548; *Fidelity & Casualty Co.* v. *Whitaker*, 172 *Ga.* 663 (158 S. E. 416). Nor is such remedy by affidavit of illegality applicable to arrest the levy of a tax execution, made for the benefit of a transferee thereof. *Manning* v. *Phillips*, 65 *Ga.* 548. Anything to the contrary in *Weems* v. *Stokes*, 66 *Ga.* 88, must yield to the decision in *Manning* v. *Phillips*, supra, which was rendered by a full bench and has not been overruled, but was followed in *Fidelity & Casualty Co.* v. *Whitaker*, supra.

2. This being a case in which an affidavit of illegality was interposed to a levy of a tax execution issued by the county tax-collector for the collection of State and county taxes, which execution had been transferred to the plaintiff, the court did not err in dismissing the affidavit of illegality.

*Judgment affirmed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED JANUARY 12, 1933.

*D. C. Chalker,* for plaintiff in error. *H. F. Lawson,* contra.